IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JERRY RANDOLPH McBEE,         )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )        2:14cv1204-MHT
                              )            (WO)
WARDEN DANIELS,               )
                              )
        Defendant.            )

## JUDGMENT

Pursuant to the notice of dismissal (doc. no. 6), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice and with no costs taxed.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of December, 2014.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE